# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HALSTEAD,<br><br>                Plaintiff,<br><br>    v.<br><br>GRACE RUSTIGIAN, and; GRACE RUSTIGIAN AS TRUSTEE OF THE PEREYRA LIVING 1992 TRUST,<br><br>                Defendants. | 1:17-CV-01337-LJO-SKO<br><br>**ORDER SETTING ASIDE CLERK'S ENTRY OF DEFAULT**<br><br>**(Doc. 12)** |

On January 10, 2018, the parties filed a joint Stipulation to Set Aside Default (Doc. 12), seeking to set aside the default entered by the Clerk of the Court on November 28, 2017, against Defendants Grace Rustigian and Grace Rustigian as Trustee of the Pereyra Living 1992 Trust (collectively "Defendants"). Accordingly, the Court hereby ORDERS that the Clerk's entry of default be set aside.

The Court FURTHER ORDERS, based on the parties' stipulation, that Defendants shall file a response to the complaint within 10 days of the date of this order.

**The Scheduling Conference remains set for March 6, 2018, at 10:30 a.m. in Courtroom 7, before the undersigned. The parties shall file a Joint Scheduling Report by no later than February 27, 2018.**

IT IS SO ORDERED.

Dated: **January 11, 2018**  /s/ *Sheila K. Oberto*

ORDER SETTING ASIDE DEFAULT

UNITED STATES MAGISTRATE JUDGE

ORDER SETTING ASIDE DEFAULT