UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HALSTEAD,<br><br>        Plaintiff,<br><br>    v.<br><br>GRACE RUSTIGIAN, et al.,<br><br>        Defendants. | 1:17-cv-01337 LJO SKO<br><br>NEW CASE NUMBER:<br><br>**1:17-cv-01337 SKO**<br><br>**ORDER REASSIGNING CASE** |

All parties having executed consent forms, it is ordered that this matter be reassigned from the docket of Chief United States District Judge Lawrence J. O'Neill, to the docket of United States Magistrate Judge Sheila K. Oberto, for all purposes including trial and entry of Judgment.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:17-cv-01337 SKO**

IT IS SO ORDERED.

    Dated:   **May 2, 2018**                          /s/ Lawrence J. O'Neill
                                                                UNITED STATES CHIEF DISTRICT JUDGE