# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HALSTEAD,<br><br>        Plaintiff,<br><br>   v.<br><br>GRACE RUSTIGIAN, *et al.*,<br><br>        Defendants. | Case No. 1:17-cv-01337-LJO-SKO<br><br>**ORDER DENYING REQUEST FOR PERMISSION TO FILE ELECTRONICALLY**<br><br>(Doc. 32) |

On May 15, 2018, the Court received a letter from Plaintiff Charles Halstead ("Plaintiff"), in which he requests that he be given permission to file electronically. (Doc. 32.) Local Rule 133(b)(2) provides that "[a]ny person appearing pro se may ***not*** utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." Instead, "[a]ll parties shall file and serve paper documents as required by applicable Federal Rules of Civil . . . Procedure or by these [Local] Rules." E.D. Cal. Local Rule 133(b)(2). Nonetheless, a pro se party may "[r]equest to use paper or electronic filing as exceptions from these Rules" if (1) they submit a stipulation between the parties "as provided in [Local Rule] 143;" or (2) "if a stipulation cannot be had," by a "written motion[] setting out an explanation of reasons for the exception." E.D. Cal. Local Rule 133(b)(3).

Here, the parties have not filed a joint stipulation permitting Plaintiff to use electronic filing, nor has Plaintiff filed a motion that sets forth an explanation of the reasons for the exception. The Court therefore finds that it is inappropriate in this matter to deviate from the Local Rule that "[a]ny person appearing pro se may not utilize electronic filing." E.D. Cal. Local Rule 133(b)(2). Accordingly, the Court DENIES the request (Doc. 32), subject to renewal upon a showing of sufficient reason to justify deviating from Local Rule 133(b)(2).

IT IS SO ORDERED.

Dated: __**May 21, 2018**__ /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE