McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Christina C. Tillman, #258627
 *christina.tillman@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Grace Rustigian, et. al

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHARLES HALSTEAD,<br><br>                    Plaintiff,<br><br>         v.<br><br>GRACE RUSTIGIAN; and GRACE RUSTIGIAN AS TRUSTEE OF THE PEREYRA LIVING 1992 TRUST,<br><br>                    Defendant. | Case No. 1:17-CV-01337 SKO<br><br>**STIPULATION TO DISMISS A PARTY AND ORDER THEREON**<br><br>The Hon. Sheila K. Oberto<br><br>Trial Date:         NOT SET<br><br>(Doc. 49) |

Plaintiff Charles Halstead in *propria persona* and Defendants Grace Rustigian and Grace Rustigian as Trustee of the Pereyra Living 1992 Trust by and through their counsel of record hereby stipulate to the dismissal with prejudice of Grace Rustigian as Trustee of the Pereyra Living 1992 Trust as a defendant in this action.


Dated: July 27, 2018


                                        By:   /s/ Charles Halstead (as authorized on 7/27/18)
                                                    Charles Halstead, in propria persona

| | |
|---|---|
| Dated: July 27, 2018 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | |
| | By: /s/ Christina C. Tillman |
| | Christina C. Tillman |
| | Attorneys for Grace Rustigian and Grace Rustigian as Trustee of the Pereyra Living 1992 Trust |

## **ORDER**

On July 30, 2018, the parties filed the above stipulation to the dismissal with prejudice of Grace Rustigian as Trustee of the Pereyra Living 1992 Trust as a defendant in this action. (Doc. 49.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). Rule 41 thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all parties who have appeared, although an oral stipulation in open court will also suffice. *See Eitel v. McCool*, 782 F.2d 1470, 1472-73 (9th Cir. 1986). The Ninth Circuit has held that the term "action" in Rule 41(a) refers "to the entirety of claims against any single defendant" and allows for the automatic dismissal of all claims against a particular defendant. *Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993).

Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal. Case law concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999). Because the parties have filed a stipulation for dismissal of all claims against defendant Grace Rustigian as Trustee of the Pereyra Living 1992 Trust with prejudice under Rule 41(a)(1)(A)(ii) that is signed by all parties who have made an

appearance, this case has terminated as to defendant Grace Rustigian as Trustee of the Pereyra Living 1992 Trust. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, the Clerk of the Court is directed to TERMINATE Grace Rustigian as Trustee of the Pereyra Living 1992 Trust as a defendant in this case. This case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendant.

IT IS SO ORDERED.

Dated: **August 1, 2018** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720