McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Christina C. Tillman, #258627
  *christina.tillman@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Grace Rustigian

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHARLES HALSTEAD,<br><br>    Plaintiff,<br><br>v.<br><br>GRACE RUSTIGIAN,<br><br>    Defendant. | Case No. 1:17-CV-01337 SKO<br><br>**STIPULATION TO WITHDRAW MOTION TO COMPEL AND MOTION FOR AWARD OF SANCTIONS AND VACATE HEARING DATES; ORDER THEREON**<br><br>(Doc. 53) |

Plaintiff Charles Halstead in *propria persona* and Defendant Grace Rustigian by and through her counsel of record hereby stipulate as follows:

1. Defendant fully complied with her obligations under Fed. R. Civ. P. 26(a) on July 27, 2018. The pending Motion to Compel Initial Disclosures filed by Plaintiff is moot.

2. The Motion to Compel Initial Disclosures filed by Plaintiff and set for hearing August 15, 2018, at 9:30 a.m., is hereby withdrawn.

3. The Motion for Award of Sanctions filed by Plaintiff and set for hearing August 15, 2018, at 9:30 a.m., is hereby withdrawn.

4. The Parties request that the Court vacate the hearings on the above-referenced motions.

Dated: July 31, 2018

By: /s/ Charles Halstead (as authorized on 7/31/18)
Charles Halstead, in propria persona

Dated: July 31, 2018    McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/ Christina C. Tillman
Christina C. Tillman
Attorneys for Grace Rustigian

## ORDER

Based on the parties' above Stipulation to Withdraw Motions to Compel and Motion for Award of Sanctions and Vacate Hearing Dates (Doc. 53), Plaintiff's Motion to Compel Initial Disclosures (Doc. 41) and Plaintiff's Motion for Award of Sanctions (Doc. 44) are HEREBY WITHDRAWN. The hearing date of August 15, 2018, as to both motions, is VACATED.

IT IS SO ORDERED.

Dated: **August 2, 2018**    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
STIPULATION TO WITHDRAW MOTIONS AND VACATE HEARING DATES; ORDER THEREON