McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Christina C. Tillman, #258627
  *christina.tillman@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Grace Rustigian

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHARLES HALSTEAD, | Case No. 1:17-CV-01337 SKO |
| Plaintiff, | **STIPULATION TO FILE FIRST AMENDED COMPLAINT AND WITHDRAW PENDING MOTION FOR LEAVE TO AMEND; ORDER THEREON** |
| v. | |
| GRACE RUSTIGIAN, | |
| Defendant. | (Doc. 52) |

Plaintiff Charles Halstead in *propria persona* and Defendant Grace Rustigian by and through her counsel of record hereby stipulate as follows:

1.     On July 17, 2018, Plaintiff filed a noticed Motion for Leave to File First Amended Complaint.

2.     McCormick Barstow LLP substituted in as counsel for Defendant, which consent order regarding the substitution was executed by the Court on July 18, 2018.

3.     The Parties met and conferred and agreed to modify the proposed First Amended Complaint underlying Plaintiff's Motion for Leave to File First Amended Complaint.

4.     Based on the agreement of the Parties, to conserve judicial resources on having to rule on an opposition by Defendant, the Parties hereby stipulate that the Motion for Leave to File First Amended Complaint filed by Plaintiff and set for hearing August 15, 2018, at 9:30 a.m., is

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

hereby withdrawn. The Parties request that the Court vacate the hearing on the above-referenced motion.

5. The Parties further stipulate to Plaintiff filing a First Amended Complaint as attached hereto as Exhibit "A", to having the First Amended Complaint deemed filed upon the Court's execution of the Order below, and that Defendant Grace Rustigian and both newly named defendants shall have 21 days to file a responsive pleading.

Dated: August 1, 2018

By: ___/s/ Charles Halstead (as authorized on 8/1/18)___
Charles Halstead, in propria persona

Dated: August 1, 2018

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: ___/s/ Christina C. Tillman___
Christina C. Tillman
Attorneys for Grace Rustigian

## ORDER

Based on the parties' above Stipulation to File First Amended Complaint and Withdraw Pending Motion for Leave to Amend (the "Stipulation") (Doc. 52), Plaintiff's Motion for Leave to File First Amended Complaint (the "Motion") (Doc. 35) is HEREBY WITHDRAWN. The Motion hearing date of August 15, 2018 is VACATED.

In further accordance with the Stipulation, the Clerk of the Court is DIRECTED to file Plaintiff's First Amended Complaint attached as Exhibit "A" to the Stipulation (Doc. 52, Ex. A) on

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

the docket captioned as Plaintiff's First Amended Complaint, which is deemed filed as of the date of this Order. In view of the filing of Plaintiff's First Amended Complaint, Plaintiff's Amended Motion for Leave to File First Amended Complaint (Doc. 37), is DENIED as moot.

All Defendants named in the First Amended Complaint SHALL have twenty-one (21) days from the date of this Order to file a responsive pleading.

IT IS SO ORDERED.

Dated: __**August 2, 2018**__                /s/ *Sheila K. Oberto*

                                         UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

3
STIPULATION TO FILE FAC AND WITHDRAW PENDING MOTION; ORDER THEREON